**Patrika L. SHERWOOD,**
**Plaintiff–Appellant,**

v.

**NEW YORK STATE DEPARTMENT OF LABOR, Joseph Castro, Manager, Thomasina Towler, Manager, Defendants–Appellees.**

No. 00–9244.

United States Court of Appeals, Second Circuit.

April 27, 2001.

Patrika L. Sherwood, New York, NY, pro se.

Katherine E. Timon, Assistant Attorney General, for Elliot Spitzer, Attorney General of the State of New York; Michael Belohlavek & Mark Gimpel, Deputy Solicitors General, on the brief, New York, NY, for appellee.

Present LEVAL, SACK and SOTOMAYOR, Circuit Judges.

SUMMARY ORDER

Plaintiff-appellant Patrika L. Sherwood contends that the district court erred in granting summary judgment dismissing her claims of various prohibited discriminations. We find no error in the district court's action. In view of the strong evidence of plaintiff's poor work record, her instances of insubordination, and her refusal to complete work assignments, taken together with the absence of evidence supporting her claim of discriminatory motivation on the part of her employer, plaintiff failed to submit evidence from which a reasonable factfinder could find in her favor.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.